**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

GLOBAL INVESTMENT ADVISORY,
LLC, and AMERICAN GLOBAL WEALTH
SERVICES, INC.,                                    Civil Action No.

          Plaintiffs,

        v.

MARK COLLINSWORTH, JOSHUA
JOINER, MELISSA PEREZ-LEBLANC,
HUNTER FREY, RICHARD FREY, and
ANCHOR & OAK WEALTH ADVISORS,
LLC,

          Defendants.

**NOTICE OF REMOVAL**

TO THE CLERK OF COURT and ALL PARTIES OF RECORD:

KINDLY TAKE NOTICE that Defendants, Mark Collinsworth, Joshua Joiner, Melissa Perez-Leblanc, Hunter Frey, Richard Frey, and Anchor & Oak Wealth Advisors, LLC, by and through their undersigned counsel, and pursuant to 28 U.S.C. §§ 1441, 1446, and 1453, hereby remove the above-captioned action currently pending in the Superior Court of Henry County, Georgia, under Case No. SUCV-2026-002111, to the United States District Court for the Northern District of Georgia.

**I.    PROCEDURAL HISTORY**

1.    On July 6, 2026, Plaintiffs filed a Verified Complaint for Damages, Injunctive Relief, and Other Equitable Relief ("Complaint") against Defendants in the Superior Court of Henry County, Georgia, at Case No. SUCV-2026-002111 ("State Court Action").

2.    Defendants were served with the Complaint, without Exhibits, on July 6, 2026.

3.      On July 7, 2026, Plaintiffs filed an Emergency Motion for Ex Parte Temporary Restraining Order ("Emergency Motion") in the State Court Action.

4.      Defendants were served with the Emergency Motion, without Exhibits, on July 7, 2026.

5.      This Notice of Removal is timely filed within thirty (30) days of Defendants' receipt of the initial pleading in the State Court Action, as required by 28 U.S.C. § 1446(b).

6.      All Defendants in the State Court Action, by and through their undersigned counsel, consent to this removal, as required by 28 U.S.C. § 1446(b)(2)(A).

7.      A true and correct copy of all process, pleadings, and orders served upon Defendants in State Court Action is attached hereto as "Exhibit A."

## II.    GROUNDS FOR REMOVAL

### A.    Complete Diversity of Citizenship

8.      This action is removable to this Court pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction over the subject matter of this action pursuant to diversity jurisdiction, 28 U.S.C. § 1332, as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

9.      Plaintiff Global Investment Advisory, LLC is a Georgia limited liability company, with its principal place of business in Georgia, and its member/owner is Plaintiff American Global Wealth Services, Inc. (addressed in Paragraph 10 below). *See* Ex. A, Compl., ¶¶ 15-17.

10.     Plaintiff American Global Wealth Services, Inc. is a Georgia corporation with its principal place of business in Georgia. *Id.*, Compl., ¶ 14.

11.     Defendant Mark Collinsworth is a citizen of and has his domicile in Tennessee.

12.     Defendant Joshua Joiner is a citizen of and has his domicile in Florida.

2

13.     Defendant Melissa Perez-Leblanc is a citizen of and has her domicile in Texas.

14.     Defendant Hunter Frey is a citizen of and has his domicile in North Carolina.

15.     Defendant Richard Frey is a citizen of New York and Florida and has his domicile in Florida.

16.     Defendant Anchor & Oak Wealth Advisors, LLC is a Florida limited liability company, and its members are Defendant Mark Collinsworth (Tennessee), Defendant Joshua Joiner (Florida), and PCH Capital Holdings LLC, a New York limited liability company, whose sole member is Defendant Richard Frey (New York/Florida).

17.     No Plaintiff and no Defendant share the same state of citizenship and, therefore, complete diversity exists as required by 28 U.S.C. § 1332(a).

**B.     Amount in Controversy**

18.     The amount in controversy exceeds $75,000, exclusive of interest and costs.

19.     The face of the Complaint establishes that the amount in controversy exceeds $75,000, exclusive of interest and costs, as Plaintiffs allege that Defendants "coordinated [an] unlawful scheme by former [Plaintiff Global Investment Advisory, LLC] officers, employees, and investment adviser representatives, to transfer approximately $85 million in assets under management of [Plaintiff's] clients to a competing registered investment adviser[.]" *See* Ex. A, Compl., ¶ 1.

20.     Plaintiffs seek actual and compensatory damages, punitive and exemplary damages, and attorneys' fees. *Id.*, Compl., *ad damnum* clause.

21.     Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

3

## III.    VENUE

22.    Venue is proper in the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1441(a) and 1446 because the State Court Action from which this case is removed is pending in Henry County, Georgia, which is located within the Northern District of Georgia.

## IV.    NO PROCEDURAL DEFECT

23.    This Notice of Removal is timely filed within thirty (30) days after service of the initial pleading upon Defendants, as required by 28 U.S.C. § 1446(b)(1).

24.    This Notice of Removal is filed within one (1) year of the commencement of the State Court Action, as required by 28 U.S.C. § 1446(c)(1).

25.    All Defendants, by and through their undersigned counsel, join and consent this removal, as required by 28 U.S.C. § 1446(b)(2)(A).

26.    Written notice of the filing of this Notice of Removal is being provided to all adverse parties and to the Clerk of the Superior Court of Henry County, Georgia, as required by 28 U.S.C. § 1446(d).

27.    Defendants are filing herewith a copy of all records and proceedings in the State Court Action, as required by 28 U.S.C. § 1447(b). *See* Ex. A.

## V.    CONCLUSION

28.    For the foregoing reasons, Defendants respectfully submit that this action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1146.

Date: <u>July 13, 2026</u>                                    Respectfully submitted,

    C.V. LONCON, PC                            THE LYNCH LAW GROUP

By:<u>*s/Charles V. Loncon*</u>                    By:<u>*s/Sean P. Murphy*</u>
    Charles V. Loncon                            Sean P. Murphy

4

Georgia ID No. 456523
cloncon@loncon-law.com

130 Stephenson Avenue, Suite 204
Savannah, GA 31405
914-441-8229

Florida ID No. 50660
smurphy@lynchlaw-group.com

Brandon J. Verdream
Pennsylvania ID No. 204162
bverdream@lynchlaw-group.com

3080 Tamiami Trail East, Suite 300
Naples, FL 34112

501 Smith Drive, Suite 3
Cranberry Township, PA 16066
724-776-8000
724-776-8001 (fax)

*Counsel for Defendants, Mark Collinsworth, Joshua Joiner, Melissa Perez-Leblanc, Hunter Frey, Richard Frey, and Anchor & Oak Wealth Advisors, LLC*

(Pro hac vice submission forthcoming)

## NOTICE TO STATE COURT CLERK

Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this **NOTICE OF REMOVAL** is being provided to the Clerk of the Superior Court of Henry County, Georgia.

C.V. LONCON, PC

By:*s/Charles V. Loncon*
   Charles V. Loncon
   Georgia ID No. 456523
   cloncon@loncon-law.com

   130 Stephenson Avenue, Suite 204
   Savannah, GA 31405
   914-441-8229

THE LYNCH LAW GROUP

By:*s/Sean P. Murphy*
   Sean P. Murphy
   Florida ID No. 50660
   smurphy@lynchlaw-group.com

   Brandon J. Verdream
   Pennsylvania ID No. 204162
   bverdream@lynchlaw-group.com

   3080 Tamiami Trail East, Suite 300
   Naples, FL 34112

   501 Smith Drive, Suite 3
   Cranberry Township, PA 16066
   724-776-8000
   724-776-8001 (fax)

   *Counsel for Defendants, Mark Collinsworth, Joshua Joiner, Melissa Perez-Leblanc, Hunter Frey, Richard Frey, and Anchor & Oak Wealth Advisors, LLC*

   (Pro hac vice submission forthcoming)

6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within **NOTICE OF REMOVAL** was served upon all counsel of record via E-Mail this 13th day of July, 2026, as follows:

Scott N. Sherman, Esq. (scott.sherman@nelsonmullins.com)
Gregory M. O'Neil, Esq. (greg.oneil@nelsonmullins.com)
Joshua R. Lewin, Esq. (josh.lewin@nelsonmullins.com)
Demetrius A. Williams, Esq. (demetrius.williams@nelsonmullins.com)
Niki D. Patel (niki.patel@nelsonmullins.com)
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW
Suite 1700
Atlanta, Georgia 30363
*Counsel for Plaintiffs*


C.V. LONCON, PC

By:*s/Charles V. Loncon*
    Charles V. Loncon
    Georgia ID No. 456523
    cloncon@loncon-law.com

    130 Stephenson Avenue, Suite 204
    Savannah, GA 31405
    914-441-8229


THE LYNCH LAW GROUP

By:*s/Sean P. Murphy*
    Sean P. Murphy
    Florida ID No. 50660
    smurphy@lynchlaw-group.com

    Brandon J. Verdream
    Pennsylvania ID No. 204162
    bverdream@lynchlaw-group.com

    3080 Tamiami Trail East, Suite 300
    Naples, FL 34112

    501 Smith Drive, Suite 3
    Cranberry Township, PA 16066
    724-776-8000
    724-776-8001 (fax)

    *Counsel for Defendants, Mark Collinsworth, Joshua Joiner, Melissa Perez-Leblanc, Hunter Frey, Richard Frey, and Anchor & Oak Wealth Advisors, LLC*

    (Pro hac vice submission forthcoming)

7